**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DEBORAH A MONTGOMERY                              Case No.: 10-38250

         Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/26/2010.

2) This case was confirmed on 10/20/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/13/2012.

6) Number of months from filing to the last payment: 24

7) Number of months case was pending: 25

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    3,705.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 8,323.50 |
| Less amount refunded to debtor | $ | 375.00 |
| **NET RECEIPTS** | $ | 7,948.50 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 423.33 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,923.33 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | 1,900.00 | 1,948.47 | 1,948.47 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 36.90 | 36.90 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 4,566.00 | 4,233.29 | 4,233.29 | .00 | .00 |
| MCSI/RMI | UNSECURED | 400.00 | 400.00 | 400.00 | .00 | .00 |
| SHERWIN WILLIAMS CU | SECURED | 3,500.00 | 5,248.00 | 3,500.00 | 933.82 | 214.17 |
| SHERWIN WILLIAMS CU | SECURED | 5,000.00 | 4,563.00 | 4,563.00 | 2,241.87 | 261.31 |
| JOSEPH MONACO MD | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| AFFINITY CASH LOANS | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| MCI WORLDCOM | UNSECURED | 305.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 300.00 | 398.03 | 398.03 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 200.00 | 292.09 | 292.09 | .00 | .00 |
| T MOBILE | UNSECURED | 1,020.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 3,893.00 | 3,893.48 | 3,893.48 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 600.00 | 305.00 | 305.00 | .00 | .00 |
| URBAN INSURANCE AGEN | UNSECURED | 173.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 850.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 440.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 153.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 440.00 | NA | NA | .00 | .00 |
| FIRST CHOICE LOANS | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 567.00 | 536.55 | 536.55 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRSTSOURCE ADVANTAG | UNSECURED | 4,233.00 | NA | NA | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | 1,025.00 | 1,025.00 | 1,025.00 | .00 | .00 |
| GOESEL CHIROPRACTIC | UNSECURED | 274.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 485.00 | NA | NA | .00 | .00 |
| IBG INC | UNSECURED | 825.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPARTMENT | UNSECURED | 5,000.00 | NA | NA | .00 | .00 |
| STATE OF IL TOLL HGW | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 902.00 | 2,855.55 | 2,855.55 | .00 | .00 |
| IVANHOE DENTAL GROUP | UNSECURED | 652.00 | NA | NA | .00 | .00 |
| NEW AGE CHICAGO FURN | UNSECURED | 2,185.00 | NA | NA | .00 | .00 |
| LANSING 24 HR CURREN | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| MERCY HOSPITAL | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | UNSECURED | 806.00 | NA | NA | .00 | .00 |
| MINH C HOANG | UNSECURED | 6.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 454.00 | NA | NA | .00 | .00 |
| OVERLAND BOND & INVE | UNSECURED | NA | 13,560.03 | 13,560.03 | .00 | .00 |
| PROGRESSIVE | UNSECURED | 572.00 | NA | NA | .00 | .00 |
| NDC CHECK SERVICES | UNSECURED | 1,025.00 | NA | NA | .00 | .00 |
| NEIMAN MARCUS | UNSECURED | 207.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 182.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,300.00 | 997.88 | 997.88 | .00 | .00 |
| SPRINT | UNSECURED | 495.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 453.00 | NA | NA | .00 | .00 |
| RENT A CENTER | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| RIVERWOOD APTS | UNSECURED | 4,060.00 | NA | NA | .00 | .00 |
| SOUTHWEST LAB PHYSIC | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| STAR LOANS | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| STAR LOANS | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| BOURASSA LAW GROUP | UNSECURED | 999.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 3,250.00 | NA | NA | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS | UNSECURED | 276.00 | NA | NA | .00 | .00 |
| MAJESTIC STAR CASINO | UNSECURED | 999.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 345.00 | NA | NA | .00 | .00 |
| WILLIAM HUDSON | OTHER | .00 | NA | NA | .00 | .00 |
| SHERWIN WILLIAMS CU | UNSECURED | NA | .00 | 1,748.00 | .00 | .00 |
| BENNETT & DELONEY | UNSECURED | NA | 460.71 | 460.71 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 374.00 | 374.00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 8,063.00 | 3,175.69 | 475.48 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 8,063.00 | 3,175.69 | 475.48 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,322.47 | 374.00 | .00 |
| **TOTAL PRIORITY:** | 2,322.47 | 374.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 30,742.51 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,923.33 |
| Disbursements to Creditors | $ | 4,025.17 |
| **TOTAL DISBURSEMENTS:** | $ | 7,948.50 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/09/2012                           /s/ Tom Vaughn
                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**